**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

MARIA SOLEDAD ALANA PETIT,

Petitioner,

v. No. 2:26-cv-02416-MLG-JMR

MARKWAYNE MULLIN, in his official capacity
as Secretary of the U.S. Department of Homeland
Security, et al.,

Respondents.

**ORDER GRANTING PETITIONER'S MOTION FOR**
**VOLUNATRY DISMISSAL WITHOUT PREJUDICE**

This matter is before the Court on Petitioner Maria Soledad Alana Petit's Motion for Voluntary Dismissal Without Prejudice and Withdrawal of Request for Temporary Restraining Order ("Motion to Dismiss"), Doc. 7, filed August 31, 2026. The Court, having read the Motion to Dismiss and being otherwise sufficiently advised, finds the motion is well taken and is hereby granted. Petit's Petition (Doc. 1) is hereby dismissed without prejudice. Final dismissal will be entered separately pursuant to Federal Rule of Civil Procedure 58(a).

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA